No. 1301.   SNYDER v. JOURNAL PUBLISHING CO. ET AL. Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   *Burton Young* for petitioner.   *William C. Steel* for respondents.

No. 660.   IN RE DENNETT.   C. A. 10th Cir.   Motion for leave to file reprinted petition with amendments granted.   Certiorari denied.   *J. Thomas Greene* and *John H. Allen* for respondent Beneficial Life Insurance Co., and *Randon W. Wilson* for respondent Walker Bank & Trust Co., in opposition.

No. 1266.   DLUTZ v. FEDERAL TRADE COMMISSION. C. A. 3d Cir.   Motion to dispense with printing petition and certiorari denied.

No. 1279.   UNITED STATES v. IDEAL BASIC INDUSTRIES, INC.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE HARLAN are of the opinion that certiorari should be granted.   MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold, Assistant Attorney General Walters, Harris Weinstein,* and *Grant W. Wiprud* for the United States.   *Harry R. Horrow* and *Stephen J. Martin* for respondent.

No. 1015, Misc.   NEGRON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied. *George J. Aspland* and *David F. Jordan* for respondent.

No. 1069, Misc.   GETER v. NELSON, WARDEN.   Sup. Ct. Cal.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.